# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 9, 2014

_____

## RULE 45 NOTICE

_____

No.  13-2000,    Carol Barbour v. Board of Education
                 8:12-cv-00937-JFM

TO:   Carol Barbour

**DEFAULT(S) MUST BE REMEDIED BY:** 01/24/2014

Please take notice that the court will dismiss this case for failure to prosecute pursuant to Local Rule 45 unless the default(s) identified below are remedied within 15 days of the date of this notice through receipt of the requisite form(s) or fee in the appropriate clerk's office. Forms are available for completion as links from this notice and at the court's web site, www.ca4.uscourts.gov.

---

 [x] **Informal opening brief** must be received in the Court of Appeals clerk's office.


Taline A. Fischer, Deputy Clerk
804-916-2704